**FORD MARRIN ESPOSITO**
**WITMEYER & GLESER, L.L.P.**
Joseph D'Ambrosio
John A. Mattoon
Wall Street Plaza, 16th Fl.
New York, New York  10005-1875
Tel.: (212) 269-4900
*Attorneys for Plaintiff*
*RLI Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

RLI INSURANCE COMPANY,

        Plaintiff,

     v.

METRO SPECIAL INSPECTIONS, INC.,
and METRO INSPECTIONS LLC,

        Defendants.

Case No. 3:25-cv-3036-RK-RLS

-----------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record that the above-captioned action, and all claims asserted therein, is dismissed and discontinued with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that each party will bear its own costs and attorneys' fees. This Stipulation may be filed without further notice with the Clerk of the Court.

SO ORDERED

Robert Kirsch, U.S.D.J.
Date: 1/12/26

I

Dated: January 6, 2026

**FORD MARIN ESPOSITO WITMEYER**
**& GLESER, L.L.P.**

By: _____
John A. Mattoon
Wall Street Plaza, Fl. 16
New York, NY 10005-1875
Tel.: (212) 269-4900
*Attorneys for Plaintiff*
*RLI Insurance Company*

**ALBERGO SHMARUK KOFMAN LLC**

By: _____
Damian L. Albergo
15 Warren Street, Suite 20
Hackensack, New Jersey 07601
Tel.: (201) 354-4999
*Attorneys for Defendant*
*Metro Special Inspections Inc.*

2